UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

ALEXANDER JOHNSON,

    Plaintiff,

v.                        Civil Action Number: 9:16-cv-80225 DTKH

METROLODGING, LLC,
dba Holiday Inn Express and Suites

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsel that the above-captioned action shall be dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

    Dated this 18th day of October, 2016.

s/ Scott R. Dinin
Scott R. Dinin, Esq.
SCOTT R. DININ, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Fax: (786) 513-7700
E-mail: inbox@dininlaw.com
*Counsel for the Plaintiff*

David J. Volk, Esq. (FBN 0712949)
VOLK LAW OFFICES, P.A.
One Harbor Place
1901 S. Harbor City Blvd., Suite 700
Melbourne, Florida 32901
Telephone: (321) 726-8338
Facsimile: (321) 726-8377
Email: dvolk@volklawoffices.com
*Counsel for the Defendant*

1