UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-80225-CIV-HURLEY

ALEXANDER JOHNSON,

    Plaintiff,

vs.

METROLODGING, LLC, d/b/a
Holiday Inn Express and Suites,

    Defendant.

_____/

## ORDER OF CLOSE-OUT

**THIS CAUSE** is before the Court upon the parties' notice of joint stipulation of dismissal with prejudice filed October, 2016 [DE 18], which pursuant to *Anago Franchising Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), operates as a self executing document and dismisses the case upon filing.

It is accordingly **ORDERED AND ADJUDGED**:

As this case has now effectively been dismissed by stipulation of the parties, pursuant to Fed. R. Civ. P. 41, the Clerk of the Court is directed to enter this case as **CLOSED** and terminate any pending motions as **MOOT.**

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 6th day of March, 2017.

                                                      _____
                                                    Daniel T. K. Hurley
                                                    United States District Judge

cc.  All counsel